# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| JASON COTHRON and PAMELA COTHRON, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>SANTANDER CONSUMER USA, INC.<br><br>　　　　Defendant. | §§§§§§§§§§§§§ | CASE: 4:13-00250-Y |

## JOINT NOTICE OF SETTLEMENT

Plaintiffs and Defendant are pleased to advise the Court that the parties have resolved all claims asserted in this case and accordingly, Plaintiffs and Defendant file this Joint Notice of Settlement. Plaintiffs and Defendant are currently finalizing their formal settlement agreement. The parties anticipate submitting to the Court within thirty (30) days a Joint Stipulation of Dismissal disposing of all claims.

Respectfully submitted,

By: */s/ Gregg D. Stevens*
　　**GREGG D. STEVENS**
　　Texas Bar No. 19182500
　　**AIMEE G. SZYGENDA**
　　Texas Bar No. 24027054
　　MCGLINCHEY STAFFORD, PLLC
　　2711 N. Haskell Ave., Suite 2750
　　Dallas, TX 75204
　　Telephone:　(214) 445-2410
　　Facsimile:　(214) 445-2450
　　Email: gstevens@mcglinchey.com
　　　　　aszygenda@mcglinchey.com

　　and

　　**JEFFREY R. SEEWALD**
　　State Bar No. 17986640
　　MCGLINCHEY STAFFORD, PLLC
　　1001 McKinney, Suite 1500
　　Houston, TX 77002
　　Telephone:　(713) 520-1900
　　Facsimile:　(713) 520-1025
　　Email: jseewald@mcglinchey.com

　　**ATTORNEYS FOR SANTANDER CONSUMER USA, INC.**

By: */s/* Noah D. Radbil
　　Noah D. Radbil
　　State Bar No. 24071015
　　Weisberg & Meyers, LLC
　　5025 N. Central Ave., #601
　　Phoenix, AZ 85012
　　888-595-9111
　　866-577-0962 (Fax)
　　nradbil@attorneysforconsumers.com

　　and

        Michael Greenwald
        Florida Bar No. 761761*
        GREENWALD DAVIDSON PLLC
        5550 Glades Road, Suite 500
        Boa Raton, FL 33431
        561-826-5477
        561-961-5684 (Fax)
        mgreenwald@mgjdlaw.com

        **ATTORNEY FOR PLAINTIFFS JASON COTHRON and PAMELA COTHRON**

        * to seek admission *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2013 a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing has been forwarded to all counsel of record by operation of the Court's electronic filing system.

        */s/* Gregg D. Stevens
        Gregg D. Stevens