```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF TEXAS
                     FORT WORTH DIVISION
```

JASON COTHRON                    §
                                 §
VS.                              §   CIVIL ACTION NO. 4:13-CV-250-Y
                                 §
SANTANDER CONSUMER USA, INC.     §

## FINAL JUDGMENT

In accordance with the parties' Joint Stipulation of Dismissal with Prejudice (doc. 19), all claims in the above-styled and -numbered cause are DISMISSED WITH PREJUDICE.  Each party shall bear its own costs.

SIGNED July 18, 2013.

_/s/ Terry R. Means_
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE